NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK, as trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC3, Mortgage Pass-through Certificates Series 2006-OC3, | ) ) ) ) ) ) |
| Appellant, | ) |
| v. | ) Case No. 2D18-1846 |
| DAVID BOWERING, | ) |
| Appellee. | ) |

Opinion filed September 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex Barbas, Judge.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of Akerman
LLP, Fort Lauderdale; and Eric M. Levine of
Akerman LLP, West Palm Beach, for
Appellant.

Aubrey Elizabeth Posey of Brown &
Associates Law & Title, P.A., Tampa, for
Appellee.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and SALARIO, JJ., Concur.